

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. WR-14,760-13

### IN RE ABNER LEONARD WASHINGTON, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. 1487552 IN THE 182ND DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam*.

## O R D E R

Relator has filed a motion for leave to file an application for a writ of mandamus pursuant to the original jurisdiction of this Court. In it, he contends that he filed a motion to represent himself at trial and a motion to dismiss counsel and that Respondent, the Judge of the 182nd District Court of Harris County, has not considered and ruled on these motions.

Respondent shall file a response with this Court and state whether Relator has properly filed these motions. If these motions were properly filed, Respondent shall state when they were filed and whether she has ruled on them. This application for leave to file a writ of mandamus will be held in abeyance until Respondent has submitted her response. It shall be submitted within 30 days of the date of this order.

Filed: July 27, 2016
Do not publish